# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## NOTICE OF LEAVE OF ABSENCE

COMES NOW Tennille C. Hoover, pursuant to Local Rule 83.1E(3), and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel, that she will be on leave and away from the practice of law through and including the following dates in 2019:

**November 30, 2019 – December 8, 2019**.

The undersigned counsel respectfully requests that the following cases not be calendared during the aforementioned leave of absence:

1. Erica Banks, et al v. the City of Atlanta/Chilly Ewing –1:19-cv-03946-WMR
2. Judith Richards v. City of Atlanta/Mark Henderson – 1:19-cv-03963-WMR-JFK
3. Joseph Benton v. the City of Atlanta – 1:17-cv-01954-RWS-LTW

Respectfully submitted, this 15th day of October, 2019.

*Signature on following page*

1

2

**THE EMPLOYMENT LAW SOLUTION:
MCFADDEN DAVIS, LLC**

*/s/ Tennille C. Hoover*
Tennille C. Hoover
Georgia Bar No. 641046
rcrump@theemploymentlawsolution.com

3100 Cumberland Blvd., Suite 1480
Atlanta, GA 30339
Tel: 678.424.1380
Fax: 404.891.6840

2