IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NOTICE OF APPEARANCE

| | |
|---|---|
| ERICA BANKS, ANDREA TONEY, DEMETRIA WIDEMAN, and JESSICA WASHINGTON, | ) ) ) |
| Plaintiffs, | ) |
| v. | |
| CITY OF ATLANTA, GEORGIA CHARLES EWING, in his Individual Capacity, | ) ) ) ) |
| Defendants, | ) ) |

## NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT

**COMES NOW**, Nwabundo E. Ume-Nwagbo of Smithers + Ume-Nwagbo, LLC and hereby notifies the Court and all parties of her entry of appearance as co-counsel for Defendant Charles Ewing, in the above-styled matter.

Respectfully submitted this 7th day of November, 2019.

1

**SMITHERS + UME-NWAGBO, LLC**

 /s/ Nwabundo Ume-Nwagbo
Nwabundo E. Ume-Nwagbo, Esq.
Georgia Bar No. 721655
Telephone: 404-418-8492 x103
Facsimile: 404-736-6063
Email: neu@stulawgroup.com

Roxann S. Smithers, Esq.
Georgia Bar No. 665055
Telephone: 404-418-8492 x101
Facsimile: 404-736-6063
Email: rss@stulawgroup.com

2451 Cumberland Pkwy
Suite 3836
Atlanta, GA 30339

*Counsel for Defendant Charles Ewing*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of **NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT** was served upon all counsel of record by efile service, addressed as follows:

Eleanor Mixon Attwood
Legere, Attwood & Wolfe, LLC
125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030

Counsel for Plaintiff
Chandra Cain Davis
Halima Horton White
Jamala S. McFadden
Tennille Chardon Hoover

McFadden Davis LLC
Cumberland Center II, Suite 1480
3100 Cumberland Blvd., S.E
Atlanta, GA 30339

Counsel for Defendant City of Atlanta

Dated this 7th day of November, 2019.

**SMITHERS + UME-NWAGBO, LLC**

   /s/ Nwabundo Ume-Nwagbo
Nwabundo E. Ume-Nwagbo, Esq.
Georgia Bar No. 721655
Telephone: 404-418-8492 x103
Facsimile: 404-736-6063
Email: neu@stulawgroup.com

Roxann S. Smithers, Esq.
Georgia Bar No. 665055
Telephone: 404-418-8492 x101
Facsimile: 404-736-6063
Email: rss@stulawgroup.com

2451 Cumberland Parkway SE
Suite 3836
Atlanta, GA 30339

*Counsel for Defendant Charles Ewing*