# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## NOTICE OF LEAVE OF ABSENCE

COMES NOW Chandra C. Davis, pursuant to Local Rule 83.1E(3), and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel, that she will be on leave and away from the practice of law through and including the following dates:

| |
|---|
| 6/9/2020 – 6/12/2020 |
| 7/8/2020 – 7/20/2020 |

The undersigned counsel respectfully requests that the following cases not be calendared during the aforementioned leaves of absence:

1. Banks v. City of Atlanta, Case No. 1:19-cv-03946-WMR
2. Richards v. City of Atlanta, Case No. 1:19-cv-03963-WMR-JKF
3. Webb v. City of Atlanta, Case No. 1:19-cv-03359-SCJ-AJB
4. Arlene Prescott v. Wal-Mart, Inc. and Wal-Mart Stores-East, LP, Case No. 2:20-cv-00107-SCJ-JCF
5. Arkishya Stephens v. Wal-Mart Associate, Inc., Case No. 3:20-cv-00046-TCB-RGV

Respectfully submitted, this 5th day of June, 2020.

**THE EMPLOYMENT LAW SOLUTION:
MCFADDEN DAVIS, LLC**

<u>*/s/ Chandra C. Davis*</u>
Chandra C. Davis
Georgia Bar No. 141801
cdavis@theemploymentlawsolution.com

3100 Cumberland Blvd., Suite 1480
Atlanta, GA 30339
Tel: 678.424.1380
Fax: 404.891.6840
