# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### NOTICE OF LEAVE OF ABSENCE

COMES NOW *Roxann S. Smithers,* pursuant to Local Rule 83.1E(3), and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel, that she will be on leave and away from the practice of law through and including the following date:

July 14, 2020 – July 21, 2020 and August 14, 2020 – August 24, 2020

The undersigned counsel respectfully requests that the following cases not be calendared during the aforementioned leaves of absence:

1. Banks v. The City of Atlanta, 1:19:cv-03946-WMR

Respectfully submitted, this 29th day of June, 2020.

**SMITHERS + UME-NWAGBO, LLC**

/s/Roxann S. Smithers
**Roxann S. Smithers**
Georgia Bar No. 665055
2451 Cumberland Parkway
Suite 3836
Atlanta, GA 30339-6157
Tel: (404) 418-8492
Fax: (404) 736-6963
rss@stulawgroup.com
*Attorney for Defendant Charles Ewing*

# CERTIFICATE OF SERVICE

The undersigned hereby certified that on the date shown below, a copy of the **LEAVE OF ABSENCE** was served upon all counsel of records by efile service, addressed as follow:

Eleanor Mixon Attwood, Esq.
Legere, Attwood & Wolfe, LLC
125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
*Counsel for Plaintiffs*

Chandra Cain Davis, Esq.
Halima Horton White, Esq.
Jamala S. McFadden, Esq.
Tennille Chardon Hoover, Esq.
McFadden Davis LLC
Cumberland Center II, Suite 1480
3100 Cumberland Blvd., SE
Atlanta, Georgia 30339
*Counsel for Defendant City of Atlanta*

This 29th day of June, 2020.

        SMITHERS + UME-NWAGBO, LLC

        /s/Roxann S. Smithers
        **Roxann S. Smithers**
        Georgia Bar No. 665055
        2451 Cumberland Parkway
        Suite 3836
        Atlanta, GA 30339-6157
        Tel: (404) 418-8492
        Fax: (404) 736-6963
        rss@stulawgroup.com
        *Attorney for Defendant Charles Ewing*