# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERICA BANKS, ANDREA TONEY, DEMETRIA WIDEMAN, and JESSICA WASHINGTON, <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, GEORGIA; CHARLES EWING, in his Individual Capacity, <br><br> Defendants. | CIVIL ACTION FILE NO. 1:19:cv-03946-WMR |

## JOINT MOTION TO ALLOW FOR DISCOVERY AFTER RULING ON DISPOSITIVE MOTIONS

Plaintiffs Erica Brown, Andrea Toney, Demetria Wideman, and Jessica Washington (the "Plaintiffs") and Defendant Charles Ewing ("Defendant Ewing"), file this Joint Motion to Allow for Discovery after Ruing on Dispositive Motions "Joint Motion". Pursuant to Rule 26(C) of the Federal Rules of Civil Procedures, the Plaintiffs and Defendant Ewing request that this Court issue an order to limit the discovery into Defendant Ewing's personal net worth as specified below. In support of this Joint Motion, the Plaintiffs and Defendant Ewing assert as follows:

1.

On September 23, 2019, the Plaintiffs filed a complaint against the City of Atlanta and Defendant Ewing, alleging various claims.

2.

On January 21, 2020, the discovery period began.

3.

On March 23, 2020, Plaintiffs' counsel submitted Interrogatories and Requests for Production of Documents to Defendant Ewing and his attorneys.

4.

One of the subjects addressed in the Interrogatories and Requests for Production of Documents is Defendant Ewing's personal net worth and his ability to pay damages should the jury decide that he is liable for any damages sustained by the Plaintiffs. Specifically, Request for Production No. 2 asks Defendant Ewing to produce "all documents regarding his personal net worth, including but not limited to real property and liquid assets."

5.

The Plaintiffs and Defendant Ewing have agreed to defer the production of responsive documents regarding Defendant Ewing's personal net worth until the Court rules on anticipated dispositive motions.

6.

In the interim. Defendant Ewing shall collect and provide all responsive documents to his attorneys. His attorneys shall hold the materials in trust. In the event Plaintiffs' claims against Defendant Ewing survive dispositive motions, the materials held in trust shall be produced to the Plaintiffs and their counsel within three (3) business days of the Court's ruling on the dispositive motions.

7.

The attorneys for the Plaintiffs and Defendant Ewing also agree that if Plaintiffs' claims against Defendant Ewing survive dispositive motions, the Plaintiffs' attorneys will be permitted to seek additional documents, if necessary, and conduct an additional deposition into those documents responsive to Defendant Ewing's personal net worth.

8.

**WHEREFORE**, the Plaintiffs and Defendant Ewing respectfully request that this Court grant an Order pursuant to this Joint Motion. A proposed Protective Order is attached for the Court's convenience.

Respectfully submitted this 17th day of July, 2020.

| | |
|---|---|
| /s/ Eleanor M. Attwood | /s/ Nwabundo E. Ume-Nwagbo |
| Eleanor M. Attwood | Nwabundo E. Ume-Nwagbo |
| Ga. Bar No. 514014 | Georgia Bar No. 721655 |
| emattwood@law-llc.com | neu@stulawgroup.com |
| Marissa R. Torgerson | Roxann S. Smithers |
| Ga. Bar No. 848356 | Georgia Bar No. 665055 |
| mrtorgerson@law-llc.com | rss@stulawgroup.com |

| | |
|---|---|
| Legare, Attwood & Wolfe, LLC<br>125 Clairemont Ave., Ste 380<br>Decatur, GA 30030<br>Tel: 470-823-4000<br>Fax: 470-201-1212 | Smithers + Ume-Nwagbo, LLC<br>2451 Cumberland Pkwy.,<br>Suite 3836<br>Atlanta, GA 30339<br>Tel: 404-418-8492<br>Fax: 404-736-6963 |
| Counsel for Plaintiff | Counsel for Defendant Charles Ewing |

# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERICA BANKS, ANDREA TONEY, DEMETRIA WIDEMAN, and JESSICA WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, GEORGIA; CHARLES EWING, in his Individual Capacity, <br><br> Defendants. | CIVIL ACTION FILE NO. 1:19:cv-03946-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically filed the Certificate of Service serving the **JOINT MOTION FOR DISCOVERY AFTER RULING ON DISPOSITIVE MOTIONS** with the Clerk of Court using the CM/EFC system, which will automatically send notice to the following counsel of record:

Halima Hoover White, Tennille Hoover, Jamala S. McFadden, and Chandra Davis.

This 17th day of July, 2020.

| | |
|---|---|
| /s/ Eleanor M. Attwood <br> Eleanor M. Attwood <br> Ga. Bar No. 514014 <br> emattwood@law-llc.com <br> Marissa R. Torgerson | /s/ Nwabundo E. Ume-Nwagbo <br> Nwabundo E. Ume-Nwagbo <br> Georgia Bar No. 721655 <br> neu@stulawgroup.com <br> Roxann S. Smithers |

| | |
|---|---|
| Ga. Bar No. 848356<br>mrtorgerson@law-llc.com | Georgia Bar No. 665055<br>rss@stulawgroup.com |
| Legare, Attwood & Wolfe, LLC<br>125 Clairemont Ave., Ste 380<br>Decatur, GA 30030<br>Tel: 470-823-4000<br>Fax: 470-201-1212 | Smithers + Ume-Nwagbo, LLC<br>2451 Cumberland Pkwy.,<br>Suite 3836<br>Atlanta, GA 30339<br>Tel: 404-418-8492<br>Fax: 404-736-6963 |
| Counsel for Plaintiff | Counsel for Defendant Charles Ewing |

## IN THE UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERICA BANKS, ANDREA TONEY, DEMETRIA WIDEMAN, and JESSICA WASHINGTON, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION FILE NO.<br>) 1:19:cv-03946-WMR |
| v. | )<br>) |
| CITY OF ATLANTA, GEORGIA; CHARLES EWING, in his Individual Capacity, | )<br>)<br>)<br>) |
| Defendants. | ) |

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

This 17th day of July, 2020.

/s/ Eleanor M. Attwood
Eleanor M. Attwood
Ga. Bar No. 514014
emattwood@law-llc.com
Marissa R. Torgerson
Ga. Bar No. 848356
mrtorgerson@law-llc.com

Legare, Attwood & Wolfe, LLC
125 Clairemont Ave., Ste 380

/s/ Nwabundo E. Ume-Nwagbo
Nwabundo E. Ume-Nwagbo
Georgia Bar No. 721655
neu@stulawgroup.com
Roxann S. Smithers
Georgia Bar No. 665055
rss@stulawgroup.com

Smithers + Ume-Nwagbo, LLC
2451 Cumberland Pkwy.,

Decatur, GA 30030  
Tel: 470-823-4000  
Fax: 470-201-1212  

Counsel for Plaintiff

Suite 3836  
Atlanta, GA 30339  
Tel: 404-418-8492  
Fax: 404-736-6963  

Counsel for Defendant Charles Ewing

# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ERICA BANKS, ANDREA TONEY, DEMETRIA WIDEMAN, and JESSICA WASHINGTON, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION FILE NO. 1:19:cv-03946-WMR |
| v. | ) ) ) ) | |
| CITY OF ATLANTA, GEORGIA; CHARLES EWING, in his Individual Capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

## **PROPOSED ORDER**

The Plaintiffs and Defendant Ewing in the above-captioned case, having properly moved this Court for an Order to limit the discovery into Defendant Ewing's personal net worth as follows:

1. Defendant Ewing shall collect and provide responsive documents to his attorneys, who shall hold the materials in trust;

2. In the event Plaintiffs' claims against Defendant Ewing survive dispositive motions, the materials shall be produced to the Plaintiffs and their counsel within three (3) business days of the Court's ruling; and

3. If Plaintiffs' claims against Defendant Ewing survive dispositive motions, the Plaintiffs' attorneys would be permitted to collect further

documentation, if necessary, and conduct an additional deposition to inquire into documents responsive to Defendant Ewing's personal net worth.

4. The parties would conduct this discovery before the filing of the Pre-Trial Order.

**IT IS HEREBY ORDERED** that the Joint Motion for a Protective Order is GRANTED.

This 17th day of July, 2020.

_____
WILLIAM M. RAY
UNITED STATES DISTRICT JUDGE